RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
2831 Southcreek Drive
Lincoln, California 95648-8284
Telephone:  (916) 645-7278
Facsimile:  (916) 290-0539
E-Mail:  rlalawyer@yahoo.com

Attorneys for Plaintiff
CARLA CALKINS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA CALKINS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., a corporation doing business as Playboy Magazine, COLLEEN SHANNON, an individual,<br><br>    Defendants. | Case No.:  2:06-CV-2435 (DFL) (DAD)<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

    Plaintiff CARLA CALKINS substitutes Richard L. Antognini of the Law Offices of Richard L. Antognini, 2831 Southcreek Drive Lincoln, California 95648-8284, (916) 645-7278, as counsel in place of Carla Calkins, in propria persona.

    I consent to the above substitution.

Dated:       January  5, 2007

                                          __/s/_____
                                               CARLA CALKINS

---

**STIPULATION FOR SUBSITUTION OF COUNSEL**                             **Case No. 2:06 CV-2435**

- 1 -

1  We consent to the above substitution.

2  Dated:     January 9, 2007          LAW OFFICES OF RICHARD L. ANTOGNINI

3

4

5                                       By: /s/_____
                                             Richard L. Antognini

6

    IT IS SO ORDERED.

7

8  Dated:     January 19, 2007

9

10                                       /s/ David F. Levi_____
                                         United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
**STIPULATION FOR SUBSITUTION OF COUNSEL**                **Case No. 2:06 CV-2435**
- 2 -