IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLA CALKINS,

        Plaintiff,

    v.

PLAYBOY ENTERPRISES, INC., et al.,

        Defendants.
_____/

No. CIV.S-06-2435 DFL DAD

ORDER

        This action was assigned to United States District Judge David F. Levi, and, pursuant to Local Rule 72-302(c)(21), was referred to Magistrate Judge Dale A. Drozd.  However, on January 10, 2007, attorney Richard L. Antognini filed a stipulation substituting into the case as counsel of record for plaintiff in accordance with Local Rule 83-182(g), which was approved by Judge Levi on January 19, 2007.

        Because plaintiff and defendants are now both represented by counsel, this matter is referred back to the district judge

1

assigned to the case. Accordingly, the order setting status (pretrial scheduling) conference issued on November 7, 2006, is hereby VACATED as is the March 2, 2007 status conference before the undersigned. All documents filed in the future in this matter shall display the case number CIV.S-06-2435 DFL DAD, without the "PS" designation.

DATED: January 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
DDad1/orders.prose/alkins2435.referDJ

2