RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
2831 Southcreek Drive
Lincoln, California 95648-8284
Telephone:  (916) 645-7278
Facsimile:  (916) 290-0539
E-Mail:  rlalawyer@yahoo.com

Attorneys for Plaintiff
CARLA CALKINS

MICHAEL G. RHODES (SBN 116127)
(mrhodes@cooley.com)
MELINA K. PATTERSON (SBN 211907)
(mpatterson@cooley.com)
**COOLEY GODWARD KRONISH LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
PLAYBOY ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA CALKINS, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC., a corporation doing business as Playboy Magazine,<br><br>  Defendant. | Case No.:  2:06-CV-2435 RRB (DAD)<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff CARLA CALKINS and defendant PLAYBOY ENTERPRISES, INC. stipulate, through their counsel of record, that the hearing on defendant's Motion for Summary Judgment, now set for April 2, 2008, shall be continued to April 16, 2008 at 10:00 a.m. before the Hon. Ralph R. Beistline.  The reason for the stipulation is to eliminate a calendar conflict for plaintiff's counsel on April 2, 2008.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: | March 19, 2008 | LAW OFFICES OF RICHARD L. ANTOGNINI |

By: /s/ Richard L. Antognini_____
Richard L. Antognini
Attorneys for Plaintiff
CARLA CALKINS

| | | |
|---|---|---|
| Dated: | March 19, 2008 | COOLEY GODWARD KRONISH LLP |

By: _____/s/_ Melina K. Patterson_____
Melina K. Patterson
Attorneys for Defendant
PLAYBOY ENTERPRISES INTL., INC.

**ORDER**

Pursuant to the stipulation of the parties, it is ordered that the hearing on defendant PLAYBOY ENTERPRISES, INC.'S Motion for Summary Judgment is continued to April 16, 2008 at 10:00 a.m.

Dated: March 20, 2008

/s/ Ralph R. Beistline
UNITED STATES DISTRICT COURT JUDGE

---

**STIPULATION AND ORDER CONTINUING HEARING
ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 06-CV-02435-RRB-DAD**
- 2 -

PDF created with pdfFactory trial version www.pdffactory.com