| | |
|---|---|
| COOLEY GODWARD KRONISH LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MELINA K. PATTERSON (211907)<br>(mpatterson@cooley.com)<br>ANGELA L. DUNNING (212047)<br>(adunning@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663<br><br>Attorneys for Defendant<br>Playboy Enterprises, Inc. | RICHARD L. ANTOGNINI (SBN 075711)<br>LAW OFFICES OF RICHARD L. ANTOGNINI<br>2831 Southcreek Drive<br>Lincoln, California 95648-8284<br>Telephone: (916) 645-7278<br>Facsimile: (916) 290-0539<br>E-Mail: rlalawyer@yahoo.com<br><br>Attorneys for Plaintiff<br>  CARLA CALKINS |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CARLA CALKINS, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>PLAYBOY ENTERPRISES, INC., a corporation doing business as Playboy Magazine; and COLLEEN SHANNON, an individual,<br><br>    Defendants. | Case No. 2:06-CV-02435 (RRB) (DAD)<br><br>**STIPULATION AND ORDER FOR ORDER SHORTENING TIME TO HEAR BOTH PLAINTIFF AND DEFENDANT'S MOTIONS TO STRIKE AND THE JOINT MOTION TO SEAL**<br><br>Date: April 16, 2008<br>Time: 10:00 a.m.<br>Courtroom: ___<br>Judge: Hon. Ralph R. Beistline |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION FOR ORDER FOR SHORTENING
TIME TO HEAR MOTIONS TO STRIKE AND SEAL
CASE NO. 2:06-CV-2435

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff CARLA CALKINS and defendant PLAYBOY ENTERPRISES, INC. ("PEI") stipulate, through their counsel of record, to shorten the time to hear the following motions such that each of the motions may be heard concurrently with PEI's Motion for Summary Judgment on April 16, 2008 at 10:00 a.m. before the Hon. Ralph R. Beistline:

**1.**    Plaintiff's Objection to Evidence and Motion to Strike;

**2.**    PEI's Motion to Strike Plaintiff's Untimely Opposition to PEI's Motion for Summary Judgment; and

**3.**    Plaintiff and PEI's Joint Motion for an Order to Seal PEI's Confidential Information.

Good cause exists to shorten time on the above motions because each motion concerns this Court's consideration of PEI's Motion for Summary Judgment and should therefore be decided in conjunction with the Motion for Summary Judgment.

IT IS HEREBY STIPULATED AND AGREED

Dated: April 9, 2008          COOLEY GODWARD KRONISH LLP

/S/
Melina K. Patterson

Attorneys for Defendant
Playboy Enterprises, Inc.

Dated: April 9, 2008          LAW OFFICES OF RICHARD L. ANTOGNINI

/S/          Richard L. Antognini
Richard L. Antognini

Attorneys For Plaintiff
Carla Calkins

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

-1-

STIPULATION FOR ORDER FOR SHORTENING TIME TO HEAR MOTIONS TO STRIKE AND SEAL
CASE NO. 2:06-CV-2435

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Pursuant to the stipulation of the parties, it is ordered that the hearing on the following motions:

**1.** Plaintiff's Objection to Evidence and Motion to Strike;

**2.** PEI's Motion to Strike Plaintiff's Untimely Opposition to PEI's Motion for Summary Judgment; and

**3.** Plaintiff and PEI's Joint Motion for an Order to Seal PEI's Confidential Information

is scheduled for April 16, 2008 at 10:00 a.m.

Dated: April 10, 2008

/s/ Ralph R. Beistline
UNITED STATES DISTRICT COURT JUDGE

771563 v1/PA

PDF created with pdfFactory trial version www.pdffactory.com